# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

George Martinez,                                              Civil No. 13-cv-1150 (ADM/TNL)

        Petitioner,

v.                                                                                    **ORDER**

Scott Fisher,

        Respondent.

---

George Martinez, #10827-084, USP Pollock, U.S. Penitentiary, Post Office Box 2099, Pollock, LA 71467 (Petitioner, pro-se ); and

D. Gerald Wilhelm, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 6, 2015 [Docket No. 12], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody (ECF No. 1) is **DENIED AS MOOT.**

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date:  June 11, 2015                                        s/Ann D. Montgomery
                                                        The Honorable Ann D. Montgomery
                                                        United States District Court Judge
                                                        for the District of Minnesota